IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN WILLIE REED, JR.
ADC #155464                                                                   PLAINTIFF

v.                          No. 3:14-cv-139-DPM

SHAUN HAIR, Public Defender, Marion,
Arkansas, Crittenden County Circuit Court
and CRITTENDEN COUNTY, ARKANSAS                      DEFENDANTS

JUDGMENT

Reed's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2014